[No. 70768-0-I. Division One. September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALLEN LUDWIG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01247-9, Joseph P. Wilson, J., entered August 19, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 70808-2-I. Division One. September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GILDARDO ZALDIVAR-GUILLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06209-5, Mary E. Roberts, J., entered July 26, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.

[No. 70831-7-I. Division One. September 22, 2014.]

AMIN KORAYTEM, *Respondent*, v. STACEY A. KINCHEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-02451-9, Tracy G. Waggoner, J. Pro Tem., entered August 9, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Trickey, JJ.

[No. 70921-6-I. Division One. September 22, 2014.]

In the Matter of the Parentage and Support of L.L.

KYLA ESTES, *Appellant*, v. JONATHAN LAVOI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-07534-8, Regina S. Cahan, J., entered November 4, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Verellen and Trickey, JJ.